PAUL GALLIGAN (PG-3083)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
212-218-5500
Attorneys for Defendant
 United Airlines, Inc.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
| | |
|---|---|
| THERESA L. BRAXTON, | Civil Action No. 10-cv-2569 (NGG) (RLM) |
| Plaintiff, | |
| - vs - | **Notice of Appearance** |
| UNITED AIRLINES, | |
| Defendant. | |

-------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that Paul Galligan of the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, New York, New York 10018, hereby enters his appearance as counsel for Defendant, United Airlines, Inc. in the above-captioned matter.

Dated: New York, New York
       July 27, 2010

SEYFARTH SHAW LLP

By: s/ Paul Galligan
    Paul Galligan (PG-3083)
    620 Eighth Avenue
    New York, New York 10018
212-218-5500

Attorneys for Defendant United Airlines, Inc.

12536326v.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2010 I electronically filed Defendant's Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

> Nathaniel K. Charny, Esq (NC 5664)
> Charny & Associates
> 9 West Market Street
> Rhinebeck, New York 12572

> s/ Paul Galligan
>
> Paul Galligan (PG 3083)