FROM
07/27/2010 09:33 FAX
Case 1:10-cv-02569-NGG -RLM   Document 5   Filed 07/27/10   Page 1 of 1
(TUE)JUL 27 2010 11:28/ST. 11:21/No. 9311466262 P 2
SEYFARTH SHAW
@002/002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
THERESA L. BRAXTON,  :  Civil Action No. 10-cv-2569
 :  (NGG) (RLM)
                Plaintiff,  :
 :
- vs -  :
 :
UNITED AIRLINES,  :
 :
                Defendant.  :
---------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Theresa L. Braxton and defendant United Airlines, through their counsel, subject to the approval of the Court, that defendant's time to answer, move or otherwise respond with respect to the Complaint in the above-captioned action shall be extended up to and including August 4, 2010.

Dated: New York, New York
       July 27, 2010

Respectfully submitted,

CHARNY & ASSOCIATES              SEYFARTH SHAW LLP

By_____           By_____
Tom Feeney, Esq. (TF 1277)             Paul Galligan, Esq. (PG 3083)
9 West Market Street, Suite B         620 Eighth Avenue, Suite 3200
Rhinebeck, New York 12572          New York, New York 10018
(845) 876-7500                           (212) 218-5500
Attorneys for Plaintiff                   Attorneys for Defendant

SO ORDERED:

_____
The Honorable Nicholas G. Garaufis
United States District Judge

12514899v.1