Thomas E. Feeney (TF 1277)
Charny & Associates
9 West Market Street, Suite B
Rhinebeck, NY  12572
Tel – (845) 876-7500
tfeeney@charnyandassociates.com
Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THERESA L. BRAXTON,<br><br>       Plaintiff,<br><br> v.<br><br><br>UNITED AIRLINES,<br><br>       Defendant. | Civil Action No. 10-cv-2569 (NGG) (RLM) |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

 Please enter my appearance in the above-captioned matter as counsel for the Plaintiff.

 I certify that I am admitted to practice in this Court.

Dated: Rhinebeck, New York
    July 30, 2010

                 By: s/Thomas E. Feeney
                 Thomas E. Feeney (TF 1277)
                 Charny & Associates
                 9 West Market Street, Suite B
                 Rhinebeck, NY  12572
                 Tel – (845) 876-7500
                 tfeeney@charnyandassociates.com