PAUL GALLIGAN (PG-3083)
AARON WARSHAW (AW-8893)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
212-218-5500
Attorneys for Defendant
 United Airlines, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

| | |
|---|---|
| THERESA L. BRAXTON, | Civil Action No. 10-cv-2569 (NGG) (RLM) |
| Plaintiff, | |
| - vs - | **NOTICE OF APPEARANCE** |
| UNITED AIRLINES, | |
| Defendant. | |

-------------------------------------------------------------------x

PLEASE TAKE NOTICE that Aaron Warshaw of the law firm Seyfarth Shaw LLP

hereby enters his appearance as counsel for Defendant United Airlines, Inc. in the above-

captioned action.

Dated: New York, New York
        March 2, 2011

                        SEYFARTH SHAW LLP


                        By: s/ Aaron Warshaw
                            Aaron Warshaw (AW 8893)
                            Paul Galligan (PG 3083)
                            620 Eighth Avenue
                            New York, New York 10018
                            212-218-5500

                            Attorneys for Defendant
                            United Airlines, Inc.

13180710v.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2011, I electronically filed the foregoing Notice of

Appearance with the clerk of the District Court using the CM/ECF system, which sent

notification of such filing to the following:

>       Thomas E. Feeney, Esq.
>       Nathaniel K. Charney, Esq.
>       Charney & Associates
>       9 West Market Street, Suite B
>       Rhinebeck, New York  12572
>       *Attorneys for Plaintiff*


>       s/ Aaron Warshaw
>       Aaron Warshaw

13180710v.1