**SEYFARTH SHAW** LLP
ATTORNEYS

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5295

Writer's e-mail
awarshaw@seyfarth.com

April 6, 2011

**VIA ECF**

Magistrate Judge Roanne L. Mann
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Braxton v. United Airlines, E.D.N.Y., CV 10-2569(NGG)(RLM)

Dear Magistrate Judge Mann:

    We represent the defendant United Airlines in the above-referenced action. Upon consent of the plaintiff's counsel, we submit this joint letter to notify the Court that this action has settled in principal subject to the parties agreeing to and executing a formal agreement. Accordingly, the parties respectfully request a thirty-day extension of the scheduling order, which would extend the deadline for fact discovery from April 8, 2011 to May 6, 2011, to provide the parties with additional time to enter into such a formal agreement. We further request that the settlement conference before your Honor on April 20, 2011, be adjourned sine die. We anticipate that the parties will submit an executed stipulation of discontinuance to the District Court prior to the requested deadline on May 6, 2011.

    Thank you very much for your consideration.

                              Respectfully submitted,

                              SEYFARTH SHAW LLP

                              /s/ Aaron Warshaw
                              Aaron Warshaw

cc:    Nathaniel K. Charny (by ECF and e-mail)
        Thomas E. Feeney (by ECF and e-mail)
        Paul H. Galligan (by ECF and e-mail)

LONDON  WASHINGTON, D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA